UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>KRISTI SCHNEIDER,<br><br>Defendant. | 13-CR-522-LTS |

ORDER

The Court is in receipt of the Government's motion, dated June 9, 2026, for entry of a preliminary order of forfeiture as to a substitute asset.  (Docket entry no. 27.)  Defendant is hereby directed to file her response to the Government's motion, if any, by **July 1, 2026**.  Should the Government wish to file a reply, it must do so by **July 15, 2026** and promptly mail a copy of the response to Ms. Schneider at the address listed below and file certification of the service of the same.  The Clerk of Court is respectfully directed to mail the Defendant a copy of this Order at the address listed below and note the mailing on the docket.

SO ORDERED.

Dated: New York, New York
        June 10, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Mail to:**

Kristi Lisa Schneider
7019 Gloria Ave
Van Nuys, CA 91406

SCHNEIDER SCHED ORD                    JUNE 10, 2026                    1